**Raymond and Rebecca O'HARA,**
**Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF MOTOR VEHICLES.**

**Joseph S. HORVATH and Patricia M. Horvath, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF MOTOR VEHICLES.**

Supreme Court of Pennsylvania.

Argued April 28, 1998.
Decided May 19, 1998.

J. Michael Ruttle, Newtown, for Raymond and Rebecca O'Hara.

Timothy P. Wile, Harold H. Cramer, Harrisburg, for Dept. of Transp.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Orders affirmed.